UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA      Docket No. 25-CR-40 (WFK)

**NOTICE OF APPEAL**

-- against --

DIMITRIY NEZHINSKIY,
                        Defendant.

-------------------------------------------------------------X

**TO THE UNITED STATES OF AMERICA:**

      **PLEASE TAKE NOTICE** that defendant DIMITRIY NEZHINSKIY hereby appeals to the Second Circuit Court of Appeals from a Decision and Order of the United States District Court for the Eastern District of New York (Hon. William F. Kuntz II, J.), entered February 7, 2025, which granted the government's motion for detention and remanded defendant pending trial (ECF Doc. 23) as well as an order of remand of the same Court and Judge entered the same date (ECF Doc. 21), and that defendant appeals from each and every part of the aforesaid Orders.

Dated:   Forest Hills, NY
         February 13, 2025

                                          /s/ Todd D. Greenberg
                                          TODD D. GREENBERG
                                          ADDABBO & GREENBERG
                                          Attorney for Defendant
                                          118-21 Queens Blvd., Suite 306
                                          Forest Hills, NY 11375
                                          (718) 268-0400
                                          todd@queenslaw.com

To:     United States Attorney's Office
         Eastern District of New York
         271 Cadman Plaza East
         Brooklyn, NY 11201
         Attn:   Michael R. Maffei, Esq.
                 Katherine Onyshko, Esq.

CUSTAPP,MJSELECT−VMS

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:25−cr−00040−WFK All Defendants

Case title: USA v. Nezhinskiy et al      Date Filed: 01/30/2025

Assigned to: Judge William F. Kuntz, II

**Defendant (1)**

**Dimitriy Nezhinskiy**     represented by     **Todd D. Greenberg**
Addabbo & Greenberg
118−21 Queens Blvd.
Suite 306
Forest Hills, NY 11375
718−268−0400
Fax: 718−575−9869
Email: todd@queenslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent J. Licata**
Vincent J. Licata P.C.
225 Broadway
Suite 3707
New York
New York, NY 10007
212−349−6565
Fax: 212−349−5781
Email: lawoffice225@aol.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| Title 18, United States Code, Sections 371 and 3551 et seq. − Conspiracy to Receive Stolen Property (1) | |
| Title 18, United States Code, Sections 2315, 2 and 3551 et seq. − Receipt of Stolen Property (2−4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge William F. Kuntz, II

**Defendant (2)**

**Juan Villar**

| **Pending Counts** | **Disposition** |
|---|---|
| Title 18, United States Code, Sections 371 and 3551 et seq. – Conspiracy to Receive Stolen Property (1) | |
| Title 18, United States Code, Sections 2315, 2 and 3551 et seq. – Receipt of Stolen Property (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Michael R Maffei**<br>US Attorney's Office/EDNY<br>Criminal Division<br>610 Federal Plaza<br>Central Islip, NY 11722<br>631–715–7890<br>Fax: 631–715–0006<br>Email: michael.maffei2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Katherine Onyshko**<br>271–A Cadman Plaza East<br>Brooklyn, NY 11201<br>718–254–6177<br>Email: Katherine.Onyshko@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 1 | SEALED INDICTMENT as to Dimitriy Nezhinskiy (1) count(s) 1, 2–4, Juan Villar (2) count(s) 1, 2. (Attachments: # 1 Criminal Information Sheet, # 2 Indictment Sealing Form, # 3 Indictment with foreperson signature, # 4 Sealing Cover Sheet) (EF) (Entered: 01/31/2025) |

| | | |
|---|---|---|
| 01/31/2025 | | ORDER REASSIGNING CASE as to Dimitriy Nezhinskiy, Juan Villar. Assigned to Judge William F. Kuntz, II. Judge Ann M. Donnelly no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 1/31/2025. (CV) (Entered: 01/31/2025) |
| 02/04/2025 | 5 | Order to Unseal Indictment as to Dimitriy Nezhinskiy, Juan Villar: Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorney MICHAEL R. MAFFEI, for an order unsealing the above-captioned matter in its entirety. WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed. So Ordered by Magistrate Judge James R. Cho on 2/4/2025. (Attachments: # 1 Government Letter) (EF) (Entered: 02/04/2025) |
| 02/04/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE: Vincent J. Licata appearing for Dimitriy Nezhinskiy, Juan Villar (Licata, Vincent) (Entered: 02/04/2025) |
| 02/05/2025 | 7 | Letter *Government's Letter Requesting Detention* as to Dimitriy Nezhinskiy, Juan Villar (Maffei, Michael) (Entered: 02/05/2025) |
| 02/05/2025 | 8 | NOTICE OF ATTORNEY APPEARANCE: Todd D. Greenberg appearing for Dimitriy Nezhinskiy (Greenberg, Todd) (Entered: 02/05/2025) |
| 02/05/2025 | 9 | Minute Entry for proceedings held before Magistrate Judge Lara K. Eshkenazi: Arraignment / Initial Appearance as to Dimitriy Nezhinskiy (1) Count 1,2-4 held on 2/5/2025, Plea entered by Dimitriy Nezhinskiy (1) Count 1,2-4. Not Guilty on All Counts. Status Conference set for 2/7/2025 at 11:00 AM before Judge William F. Kuntz II. Government opposed bail for reasons stated on the record. Defense proposing $1 million bond with cash and properties. Court sent $1 million bond with $150,000 cash bail, and 2 properties to be posted BEFORE defendant is released. (FTR Log #2:55-4:01.) (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 10 | ORDER TO CONTINUE – Ends of Justice as to Dimitriy Nezhinskiy. Time excluded from 2/5/2025 until 2/7/2025. Ordered by Magistrate Judge Lara K. Eshkenazi on 2/5/2025. (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 11 | ORDER OF DETENTION as to Dimitriy Nezhinskiy. Ordered by Magistrate Judge Lara K. Eshkenazi on 2/5/2025. (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 12 | Minute Entry for proceedings held before Magistrate Judge Lara K. Eshkenazi:Arraignment / Initial Appearance as to Juan Villar (2) Count 1,2 held on 2/5/2025, Plea entered by Juan Villar (2) Count 1,2. Not Guilty on All Counts. Status Conference set for 2/7/2025 at 11:00 AM before Judge William F. Kuntz II. Government opposed bail bail for reasons stated on the record. Defense proposing $250,000.00 bond with conditions. Court finds package proposed insufficient. Defense will need to come back with more substantial bond. (FTR Log #2:55-4:01.) (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 13 | ORDER TO CONTINUE – Ends of Justice as to Juan Villar. Time excluded from 2/5/2025 until 2/7/2025. Ordered by Magistrate Judge Lara K. Eshkenazi on 2/5/2025. (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 14 | ORDER OF DETENTION as to Juan Villar Detention Hearing set for 2/6/2025 at 02:00 PM before Magistrate Judge Lara K. Eshkenazi. Ordered by Magistrate Judge Lara K. Eshkenazi on 2/6/2025. (IH) (Entered: 02/06/2025) |
| 02/05/2025 | 15 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Dimitriy Nezhinskiy, Juan Villar. Ordered by Magistrate Judge Lara K. Eshkenazi on 2/5/2025. (IH) (Entered: 02/06/2025) |
| 02/06/2025 | 16 | ORDER as to Dimitriy Nezhinskiy, Juan Villar. The Court **SCHEDULES** an initial status conference in the above-captioned action for Friday, February 7, 2025, at 12:00 Noon. The proceeding will take place in Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. In the interest of justice, time is excluded under the |

| | | |
|---|---|---|
| | | Speedy Trial Act through and including that date. Ordered by Judge William F. Kuntz, II on 2/6/2025. (QS) (Entered: 02/06/2025) |
| 02/06/2025 | 17 | NOTICE OF ATTORNEY APPEARANCE Katherine Onyshko appearing for USA. (Onyshko, Katherine) (Entered: 02/06/2025) |
| 02/06/2025 | 18 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Bond Hearing as to Juan Villar held on 2/6/2025. Spanish interpreter, Sean McCarthy present and sworn to interpret for 1 surety. Defense counsel and Government agree on a bond amount of $500,000.00. (FTR Log #2:32–2:48.) (IH) (Entered: 02/07/2025) |
| 02/06/2025 | 19 | ORDER Setting Conditions of Release as to Juan Villar (2) $500,000.00. Ordered by Magistrate Judge Robert M. Levy on 2/6/2025. (IH) (Entered: 02/07/2025) |
| 02/06/2025 | 20 | REDACTION as to Juan Villar re: 19 Order Setting Conditions of Release, 1 – Sealed Document CR (IH) (Entered: 02/07/2025) |
| 02/07/2025 | | Minute Entry for proceedings held before Judge William F. Kuntz, II: Initial Status Conference as to Dimitriy Nezhinskiy and Juan Villar held on 2/7/2025. Case called. AUSA Michael R. Maffei and Katherine Onyshko appeared on behalf of the Government. Defendant Dimitriy Nezhinskiy appeared with counsel Todd D. Greenberg, esq. Defendant Juan Villar appeared with counsel Lauriano Guzman, esq. The Government reported they are ready to exchange discovery materials with defense counsel for both Defendants. The Government also reported the evidence in this case is voluminous and discovery will have to be done on a rolling basis. Defense counsel agreed with the Government about the status of the case regarding discovery materials. The Court remanded Defendant Nezhinskiy and Defendant Villar to the custody of the United States Marshals pending trial. Defense counsel for Nezhinskiy made a motion for reconsideration regarding detention of his client pending trial. The Court denied the motion. Defense counsel for Villar made a motion for reconsideration regarding detention of his client pending trial. The Court denied the motion. A jury trial is scheduled to commence on Monday, August 4, 2025 at 9:30 A.M. The parties shall file a joint pretrial motion schedule on ECF by 5:00 p.m. on or before Friday, February 28, 2025. The parties agreed to exclude time in the interest of justice from today, Friday, February 7, 2025, to Monday, August 4, 2025. (Court Reporter Avery Armstrong.) (QS) (Entered: 02/07/2025) |
| 02/07/2025 | 21 | ORDER as to Dimitriy Nezhinskiy. The Court hereby **ORDERS** the immediate remand of Defendant DIMITRIY NEZHINSKIY (USM # 00077–506). Defendant DIMITRIY NEZHINSKIY is hereby immediately remanded to the custody of the United States Marshal Service. Ordered by Judge William F. Kuntz, II on 2/7/2025. (QS) (Entered: 02/07/2025) |
| 02/07/2025 | 22 | ORDER as Juan Villar. The Court hereby **ORDERS** the immediate remand of Defendant JUAN VILLAR (USM # 00076–506). Defendant JUAN VILLAR is hereby immediately remanded to the custody of the United States Marshal Service. Ordered by Judge William F. Kuntz, II on 2/7/2025. (QS) (Entered: 02/07/2025) |
| 02/07/2025 | 23 | ORDER as to Dimitriy Nezhinskiy, Juan Villar. For the foregoing reasons, the Court concludes by clear and convincing evidence releasing these Defendants prior to trial would endanger the community, and no condition or combination of conditions of release could reasonably assure community safety. Defendants are remanded pending trial. Trial will commence in this Courtroom on Monday, August 4, 2025, at 9:30 A.M. Time is excluded under the Speedy Trial Act to allow the parties time to complete their discovery obligations, including obligations of the Government to comply with its obligations under Brady, Giglio, and 18 U.S.C. § 3500. Ordered by Judge William F. Kuntz, II on 2/7/2025. (QS) (Entered: 02/07/2025) |
| 02/13/2025 | 24 | NOTICE OF APPEAL of Conditions of Release by Dimitriy Nezhinskiy as to 21 Order, 23 Order,, Filing fee $ 605, receipt number ANYEDC–18762209. (Edelstein, Jonathan) (Entered: 02/13/2025) |
| 02/13/2025 | | Electronic Index to Record on Appeal as to Dimitriy Nezhinskiy sent to US Court of Appeals 24 Notice of Appeal – Conditions of Release Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 02/13/2025) |